IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH J. MORRIS, on behalf of himself and all others similarly situated, | ) ) ) | Civil Action No. 8:11-cv-263 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **MOTION TO CERTIFY COLLECTIVE ACTION** |
| R.A. POPP ENTERPRISES, INC. d/b/a WHEATFIELDS EATERY AND BAKERY, RONALD POPP, RUTH ANN POPP, KAREN POPP, and ANDREW POPP, | ) ) ) ) ) | |
| Defendants. | ) | |

**COMES NOW**, Plaintiff Joseph J. Morris, by and through his undersigned counsel, and moves this court for an Order: (1) conditionally certifying a class of all formerly and/or presently employed by Defendant R.A. Popp Enterprises, Inc. d/b/a Wheatfields Eatery and Bakery ("Wheatfields") as waitstaff from August 2, 2008 to the present time; (2) approving plaintiff's proposed Notice of Lawsuit for mailing to potential opt-in plaintiffs, (3) and directing defendants to provide information regarding the potential opt-in plaintiffs; (4) approving the mailing, posting, and electronic publishing of notice to all putative class members.

Dated this 28th day of November, 2011.

                                    JOSEPH J. MORRIS, Plaintiff

BY:    s/ Kelly K. Brandon
         Kelly K. Brandon, #20734
         Dyer Law, PC, LLO
         10730 Pacific Street, Suite 111
         Omaha, NE 68114
         Phone (402) 393-7529
         Fax (402) 391-2289
         kelly@dyerlaw.com

         and

         Louis Pechman, #6395
         Berke-Weiss and Pechman LLP
         488 Madison Avenue, 11th Floor
         New York, NY  10022
         Phone (212) 583-9500
         Fax (212) 308-8582
         pechman@bwp-law.com

         *Attorneys for Plaintiff and*
         *the FLSA Collective*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of November, 2011, I electronically filed the foregoing Motion to Certify Collective Action with the Clerk of the Court using the CM\ECF system which sent notification of such filing to all CM\ECF participants.

                                    s/ Kelly K. Brandon