IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>R.A. POPP ENTERPRISES, INC., d/b/a WHEATFIELDS EATERY AND BAKERY, RONALD POPP, RUTH ANN POPP, KAREN POPP, and ANDREW POPP,<br><br>    Defendants. | 8:11-CV-263<br><br><br>**MEMORANDUM AND ORDER** |

  Before the Court are the Findings and Recommendation of United States Magistrate Judge Thomas D. Thalken (filing 27). No objection has been filed to the Findings and Recommendation. Pursuant to NECivR 72.2 and 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

THEREFORE, IT IS HEREBY ORDERED:

  1. Plaintiff's motion to certify the class (filing 22) is granted.
  2. The Magistrate Judge's Findings and Recommendation (filing 27) are adopted in their entirety.

  Dated this 16th day of February, 2012.

                BY THE COURT:


                *s/ John M. Gerrard*
                John M. Gerrard
                United States District Judge