IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>R.A. POPP ENTERPRISES, INC., et al.,<br><br>Defendants. | 8:11-CV-263<br><br>ORDER |

    This matter is before the Court on the Stipulation of Dismissal of Plaintiff Amy Lillethorup (filing 66). IT IS ORDERED that plaintiff Amy Lillethorup shall be dismissed from this action without prejudice, each party to bear its own cost.

    Dated this 7th day of February, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge