IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS, on behalf of himself and all others similarly situated;<br><br>                Plaintiff,<br><br>    vs.<br><br>R.A. POPP ENTERPRISES, INC., RONALD POPP, RUTH ANN POPP, KAREN POPP, ANDREW POPP,<br><br>                Defendants. | 8:11CV263<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendants' motion, (Filing No. 70) is granted.

2) The defendants' deadline for responding to Plaintiffs' Second Set of Interrogatories and Second Set of Requests for Production of Documents is extended to Friday, March 15, 2013.

3) Defendants' deadline for service of complete expert disclosures is extended to April 15, 2013.

4) The deposition deadline for this case is extended to May 31, 2013.

February 25, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge