IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS, on behalf of himself and all others similarly situated;<br><br>               Plaintiff,<br><br>     vs.<br><br>R.A. POPP ENTERPRISES, INC., RONALD POPP, RUTH ANN POPP, KAREN POPP, ANDREW POPP,<br><br>               Defendants. | 8:11CV263<br><br>THIRD<br>AMENDED PROGRESSION ORDER |

The parties have moved to extend certain deadlines within the court's progression order. (Filing No. 81). Although counsel's joint motion provides no explanation of why another continuance is needed, the motion will be granted. Accordingly,

IT IS ORDERED that the parties' motion to continue, (Filing No. 81), is granted, and the third amended progression order is as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 20, 2013. Motions to compel Rule 33 through 36 discovery must be filed by October 11, 2013.

2) The deposition deadline is October 30, 2013.

3) The deadline for filing motions to dismiss and motions for summary judgment is November 13, 2013.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 13, 2013.

5) **Counsel are hereby notified that no further extensions will be granted absent a substantial threshold showing of good cause**.

June 24, 2013.

                                                                                      BY THE COURT:

                                                                                      *s/ Cheryl R. Zwart*
                                                                                      United States Magistrate Judge