IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>R.A. POPP ENTERPRISES, INC., et al.,<br><br>                    Defendants. | 8:11-CV-263<br><br>ORDER |

This matter is before the Court on the Stipulation of Dismissal of Plaintiff Lisset Hernandez (filing 138). IT IS ORDERED that plaintiff Lisset Hernandez shall be dismissed from this action without prejudice, each party to bear its own cost.

Dated this 12th day of November, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge