IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>R.A. POPP ENTERPRISES, INC., et al.,<br><br>　　　　　　　Defendants. | 8:11-CV-263<br><br>ORDER |

　　　This matter is before the Court on the Stipulation of Dismissal (filing 152) of several plaintiffs.

　　　IT IS ORDERED that plaintiffs Kelsey Stratman, Tara Kaldahl, Shelbie Callahan, Tifany Force, Erik Kusy, Adam Reeker, Ivy Mae a/k/a Evelyn Celmar, and Kristina Voien shall be dismissed from this action without prejudice, each party to bear their own costs.

　　　Dated this 2nd day of December, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_John M. Gerrard_ (signature)
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge