IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>R.A. POPP ENTERPRISES, INC., et al.,<br><br>     Defendants. | 8:11-CV-263<br><br>ORDER |

This matter is before the Court on the Stipulation of Dismissal of Plaintiff Jasmine Reep (filing 168). IT IS ORDERED that plaintiff Jasmine Reep shall be dismissed from this action without prejudice, each party to bear its own cost.

Dated this 23rd day of December, 2013.

                BY THE COURT:

                _John M. Gerrard_ (signature)
                John M. Gerrard
                United States District Judge