IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>R.A. POPP ENTERPRISES, INC., RONALD POPP, RUTH ANN POPP, KAREN POPP, ANDREW POPP,<br><br>Defendants. | 8:11CV263<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit withdrawal of Leilani M. Harbeck as counsel of record on behalf of Defendants Andrew Popp, Karen Popp, Ronald Popp, Ruth Ann Popp, R.A. Popp Enterprises, Inc. (filing no. 175), is granted.

January 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge