IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>R.A. POPP ENTERPRISES, INC., RONALD POPP, RUTH ANN POPP, KAREN POPP, ANDREW POPP,<br><br>Defendants. | 8:11CV263<br><br>**ORDER OF REFERENCE** |

Upon the oral consent of the parties:

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Dated this 14th day of April, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge