IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH J. MORRIS, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>R.A. POPP ENTERPRISES, INC., RONALD POPP, RUTH ANN POPP, KAREN POPP, AND ANDREW POPP,<br><br>Defendants. | 8:11CV263<br><br>**JUDGMENT** |

Pursuant to Paragraph E of the Memorandum and Order dated April 14, 2014, (Filing No. 181),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against all defendants are dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 31st day of May, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge